

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00680-CV

**IN THE INTEREST OF L.C.B.**, a Child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02992
Honorable Richard Garcia, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Appellant's motion for rehearing, filed on March 16, 2016, is hereby DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court